AFFIRM; Opinion issued November 29, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00255-CR
No. 05-12-00256-CR

JOSUE SUAREZ PABLO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F10-25375-I, F10-25376-I

# MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion By Justice FitzGerald

Josue Suarez Pablo pleaded guilty before a jury to two aggravated assault with a deadly weapon offenses. *See* TEX. PENAL CODE ANN. § 22.02(a) (West 2011). After finding appellant guilty, the jury assessed punishment at fifteen and ten years' imprisonment, respectively. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se

response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120255F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSUE SUAREZ PABLO, Appellant

No. 05-12-00255-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas. (Tr.Ct.No. F10-25375-I).
Opinion delivered by Justice FitzGerald, Justices O'Neill and Lang-Miers participating.


Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered November 29, 2012.


_____
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JOSUE SUAREZ PABLO, Appellant

No. 05-12-00256-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas. (Tr.Ct.No.
F10-25376-I).
Opinion delivered by Justice FitzGerald,
Justices O'Neill and Lang-Miers
participating.


Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.



Judgment entered November 29, 2012.


KERRY P. FITZGERALD
JUSTICE